**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., | No. C-09-2729 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE COPY OF UNITED STATES PATENT NO. 5,734,862** |
| v. | |
| HAIER AMERICA TRADING, L.L.C., | |
| Defendant. | |

    Before the Court is plaintiff Technology Licensing Company, Inc.'s Complaint for Patent Infringement, Inducing Patent Infringement, and Contributory Patent Infringement, filed June 19, 2009, by which plaintiff alleges that defendant Haier America Trading, L.L.C. has infringed United States Patent No. 5,734,862.

    To facilitate the Court's review of the instant matter, plaintiff is hereby DIRECTED to file a copy of the above-referenced patent no later than September 28, 2009.

    **IT IS SO ORDERED.**

Dated: September 18, 2009

MAXINE M. CHESNEY
United States District Judge