1  JOHN W. CARPENTER, Cal. Bar. No. 221708
   TECHNOLOGY LICENSING COMPANY INC.
2  33½ Los Pinos
   Nicasio, CA  94946
3  Telephone:    415/577-0698
   Facsimile:    866/410-6248
4  E-Mail:       john@jwcarpenterlaw.com

5  *Attorneys for Plaintiff*
   *TECHNOLOGY LICENSING COMPANY INC.*
6
   TONY D. CHEN, Cal. Bar No. 176635
7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8    Including Professional Corporations
   333 South Hope Street, 43rd Floor
9  Los Angeles, California  90071-1448
   Telephone:    213/620-1780
10 Facsimile:    213/620-1398
   E-Mail:       tchen@sheppardmullin.com
11
   *Attorneys for Defendant*
12 *HAIER AMERICA TRADING, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., | Case No. CV09-2729 MMC |
| Plaintiff, | **STIPULATION TO REQUEST CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| HAIER AMERICAN TRADING, L.L.C., | |
| Defendant. | |
| HAIER AMERICAN TRADING, L.L.C., | |
| Counterclaimant, | |
| v. | |
| TECHNOLOGY LICENSING COMPANY, INC., | |
| Counter-Defendant. | |

CV09-2729 MMC

1       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Technology Licensing Company Inc. ("TLC") and Defendant Haier America Trading, LLC ("HAT") hereby stipulate to request a continuation of the Case Management Conference, which is currently scheduled on Friday, October 9, 2009 at 10:30 a.m., for fourteen (14) days to Friday, October 23, 2009 at 10:30 a.m., so that HAT will have more time to consider TLC's offer for settlement recently forwarded by TLC's counsel to HAT's counsel. The parties are hopeful that the case can be settled and believe that additional time will enhance the possibility of a settlement before they incur significant legal fees and costs.

**IT IS SO STIPULATED.**

DATED: September 30, 2009

                TECHNOLOGY LICENSING COMPANY INC.

                By     */s/ John W. Carpenter (with permission)*
                         JOHN W. CARPENTER
                         john@jwcarpenterlaw.com

                          Attorneys for Plaintiff
                TECHNOLOGY LICENSING COMPANY INC.

DATED: September 30, 2009

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By     */s/ Tony D. Chen*
                         TONY D. CHEN
                         tchen@sheppardmullin.com

                         Attorneys for Defendant
                 HAIER AMERICA TRADING, LLC

# [PROPOSED] ORDER

The Case Management Conference currently scheduled for Friday, October 9th, 2009 at 10:30 a.m. is hereby continued to Friday, October 23rd, 2009 at 10:30 a.m.

DATED: October 1, 2009

_____
United States District Judge