1  JOHN W. CARPENTER, Cal. Bar. No. 221708
   TECHNOLOGY LICENSING COMPANY INC.
2  33½ Los Pinos
   Nicasio, CA  94946
3  Telephone:    415/577-0698
   Facsimile:    866/410-6248
4  E-Mail:       john@jwcarpenterlaw.com

5  *Attorneys for Plaintiff*
   *TECHNOLOGY LICENSING COMPANY INC.*
6
   TONY D. CHEN, Cal. Bar No. 176635
7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8     Including Professional Corporations
   333 South Hope Street, 43rd Floor
9  Los Angeles, California  90071-1448
   Telephone:    213/620-1780
10 Facsimile:    213/620-1398
   E-Mail:       tchen@sheppardmullin.com
11
   *Attorneys for Defendant*
12 *HAIER AMERICA TRADING, LLC*

13

14                 UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

| 17 | TECHNOLOGY LICENSING COMPANY, INC., | Case No. CV09-2729 MMC |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION TO REQUEST CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 19 | v. | |
| 20 | HAIER AMERICAN TRADING, L.L.C., | |
| 21 | Defendant. | |
| 22 | HAIER AMERICAN TRADING, L.L.C., | |
| 23 | Counterclaimant, | |
| 24 | v. | |
| 25 | TECHNOLOGY LICENSING COMPANY, INC., | |
| 26 | | |
| 27 | Counter-Defendant. | |
| 28 | | |

CV09-2729 MMC

STIPULATION TO REQUEST CONTINUATION OF CASE
MANAGEMENT CONFERENCE AND PROPOSED ORDER

1           Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Technology Licensing Company Inc. ("TLC") and Defendant Haier America Trading, LLC ("HAT") hereby stipulate to request a continuation of the Case Management Conference, which is currently scheduled on Friday, October 9, 2009 at 10:30 a.m., for fourteen (14) days to Friday, October 23, 2009 at 10:30 a.m., so that HAT will have more time to consider TLC's offer for settlement recently forwarded by TLC's counsel to HAT's counsel.  The parties are hopeful that the case can be settled and believe that additional time will enhance the possibility of a settlement before they incur significant legal fees and costs.

**IT IS SO STIPULATED.**

DATED:  September 30, 2009

                              TECHNOLOGY LICENSING COMPANY INC.

                              By      */s/ John W. Carpenter (with permission)*
                                        JOHN W. CARPENTER
                                        john@jwcarpenterlaw.com

                                        Attorneys for Plaintiff
                              TECHNOLOGY LICENSING COMPANY INC.

DATED:  September 30, 2009

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By      */s/ Tony D. Chen*
                                        TONY D. CHEN
                                        tchen@sheppardmullin.com

                                        Attorneys for Defendant
                              HAIER AMERICA TRADING, LLC

**[PROPOSED] ORDER**

The Case Management Conference currently scheduled for Friday, October 9th, 2009 at 10:30 a.m. is hereby continued to Friday, October 23rd, 2009 at 10:30 a.m.

DATED: October 1, 2009

_____
United States District Judge