John W. Carpenter, Cal. Bar. No. 221708
TECHNOLOGY LICENSING COMPANY INC.
33½ Los Pinos
Nicasio, CA 94946
Telephone: 504.304.3988
Facsimile: 866.410.6248
E-Mail: john@jwcarpenterlaw.com

*Attorneys for Plaintiff and Counter-Defendant*
TECHNOLOGY LICENSING COMPANY INC.

Tony D. Chen, Cal. Bar No. 176635
CAYWIN LAW GROUP
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone: 310.871.2598
Facsimile: 310.871.2599
Email: tchen@caywinlaw.com

*Attorneys for Defendant and Counterclaimant*
HAIER AMERICA TRADING, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>HAIER AMERICA TRADING, L.L.C.,<br><br>        Defendants. | Case No. CV09-2729 MMC<br><br>**STIPULATION TO REQUEST TELEPHONIC CASE MANAGEMENT CONFERENCE;**<br><br>**AND**<br><br>**[PROPOSED] ORDER** |
| HAIER AMERICA TRADING, L.L.C.,<br><br>        Counterclaimant,<br><br>   v.<br><br>TECHNOLOGY LICENSING COMPANY, INC.,<br><br>        Counter-defendant. | [Complaint Filed: June 19, 2009]<br><br>Assigned to the Honorable<br>Maxine M. Chesney<br>United States District Judge<br>Courtroom No. 7<br>19th Floor, Federal Building<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |

| | |
|---|---|
| 1 | Plaintiff and Counter-Defendant Technology Licensing Company Inc. ("TLC") and |
| 2 | Defendant and Counter-Claimant Haier America Trading, LLC ("HAT") hereby stipulate to |
| 3 | request that the initial Case Management Conference (CMC), currently scheduled for Friday, |
| 4 | October 23, 2009 at 10:30 a.m., be held telephonically.  TLC's counsel, Mr. John W. Carpenter, |
| 5 | maintains his offices at 12 Metairie Court, Metairie, Louisiana, and can be reached at his office |
| 6 | telephone number (504) 304-3988 or his mobile phone number (415) 577-0698.  HAT's counsel, |
| 7 | Mr. Tony D. Chen, maintains his offices at 1901 Avenue of the Stars, Suite 200, Los Angeles, |
| 8 | California and can be reached at his office telephone number (310) 871-2598 or his mobile |
| 9 | phone number (310) 720-2598.  It will save both parties significant amount of legal fees and |
| 10 | costs if the initial CMC can be held telephonically. |

**IT IS SO STIPULATED.**

DATED:  October 19, 2009

TECHNOLOGY LICENSING COMPANY INC.

By   /s/ John W. Carpenter (with permission)
JOHN W. CARPENTER
john@jwcarpenterlaw.com

Attorneys for Plaintiff and Counter-Defendant
TECHNOLOGY LICENSING COMPANY INC.

DATED:  October 19, 2009

CAYWIN LAW GROUP

By   /s/ Tony D. Chen
TONY D. CHEN
tchen@caywinlaw.com

Attorneys for Defendant and Counterclaimant
HAIER AMERICA TRADING, L.L.C.

- 1 –

# [PROPOSED] ORDER

The Case Management Conference scheduled on Friday, October 23, 2009 at 10:30 a.m. shall be conducted telephonically. The court personnel will initiate the conference call by dialing counsel's respective telephone numbers. Plaintiff and Counter-Defendant's counsel shall be available at telephone number (504) 304-3988 (first choice) and (415) 577-0698 (alternative choice), and Defendant and Counterclaimant's counsel shall be available at telephone number (310) 871-2598 (first choice) and (310) 720-2598 (alternative choice).

~~[Alternatively, Counsel are directed to dial the Court's conference call telephone number (415) ___-____.]~~

**IT IS SO ORDERED.**

DATED: October 20, 2009

By _____
MAXINE M. CHESNEY
United States District Judge