John W. Carpenter, Cal. Bar. No. 221708
TECHNOLOGY LICENSING COMPANY INC.
33½ Los Pinos
Nicasio, CA  94946
Telephone:  504.304.3988
Facsimile:   866.410.6248
E-Mail:  john@jwcarpenterlaw.com

*Attorneys for Plaintiff and Counter-Defendant*
TECHNOLOGY LICENSING COMPANY INC.

Tony D. Chen, Cal. Bar No. 176635
CAYWIN LAW GROUP
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone:  310.871.2598
Facsimile:   310.871.2599
Email:  tchen@caywinlaw.com

*Attorneys for Defendant and Counterclaimant*
HAIER AMERICA TRADING, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>HAIER AMERICA TRADING, L.L.C.,<br><br>                    Defendants. | Case No. CV09-2729 MMC<br><br>**STIPULATION TO REQUEST TELEPHONIC CASE MANAGEMENT CONFERENCE;**<br><br>**AND**<br><br>**[PROPOSED] ORDER** |
| HAIER AMERICA TRADING, L.L.C.,<br><br>                    Counterclaimant,<br><br>         v.<br><br>TECHNOLOGY LICENSING COMPANY, INC.,<br><br>                    Counter-defendant. | [Complaint Filed:  June 19, 2009]<br><br>Assigned to the Honorable<br>Maxine M. Chesney<br>United States District Judge<br>Courtroom No. 7<br>19th Floor, Federal Building<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |

1  Plaintiff and Counter-Defendant Technology Licensing Company Inc. ("TLC") and
2 Defendant and Counter-Claimant Haier America Trading, LLC ("HAT") hereby stipulate to
3 request that the initial Case Management Conference (CMC), currently scheduled for Friday,
4 October 23, 2009 at 10:30 a.m., be held telephonically.  TLC's counsel, Mr. John W. Carpenter,
5 maintains his offices at 12 Metairie Court, Metairie, Louisiana, and can be reached at his office
6 telephone number (504) 304-3988 or his mobile phone number (415) 577-0698.  HAT's counsel,
7 Mr. Tony D. Chen, maintains his offices at 1901 Avenue of the Stars, Suite 200, Los Angeles,
8 California and can be reached at his office telephone number (310) 871-2598 or his mobile
9 phone number (310) 720-2598.  It will save both parties significant amount of legal fees and
10 costs if the initial CMC can be held telephonically.

12  **IT IS SO STIPULATED.**

14 DATED:  October 19, 2009

15 TECHNOLOGY LICENSING COMPANY INC.

17 By   /s/ John W. Carpenter (with permission)
18       JOHN W. CARPENTER
        john@jwcarpenterlaw.com

19 Attorneys for Plaintiff and Counter-Defendant
20 TECHNOLOGY LICENSING COMPANY INC.

21 DATED:  October 19, 2009

22 CAYWIN LAW GROUP

24 By    /s/ Tony D. Chen
25     TONY D. CHEN
      tchen@caywinlaw.com

26 Attorneys for Defendant and Counterclaimant
27 HAIER AMERICA TRADING, L.L.C.

28

# [PROPOSED] ORDER

The Case Management Conference scheduled on Friday, October 23, 2009 at 10:30 a.m. shall be conducted telephonically.  The court personnel will initiate the conference call by dialing counsel's respective telephone numbers.  Plaintiff and Counter-Defendant's counsel shall be available at telephone number (504) 304-3988 (first choice) and (415) 577-0698 (alternative choice), and Defendant and Counterclaimant's counsel shall be available at telephone number (310) 871-2598 (first choice) and (310) 720-2598 (alternative choice).

~~[Alternatively, Counsel are directed to dial the Court's conference call telephone number (415) ___-____.]~~

**IT IS SO ORDERED.**

DATED:  October 20, 2009

By  /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge