John W. Carpenter, Cal. Bar. No. 221708
TECHNOLOGY LICENSING COMPANY INC.
33½ Los Pinos
Nicasio, CA 94946
Telephone: 504.304.3988
Facsimile: 866.410.6248
E-Mail: john@jwcarpenterlaw.com

*Attorneys for Plaintiff and Counter-Defendant*
TECHNOLOGY LICENSING COMPANY INC.

Tony D. Chen, Cal. Bar No. 176635
CAYWIN LAW GROUP
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone: 310.871.2598
Facsimile: 310.871.2599
Email: tchen@caywinlaw.com

*Attorneys for Defendant and Counterclaimant*
HAIER AMERICA TRADING, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> HAIER AMERICA TRADING, L.L.C., <br><br> Defendants. | Case No. CV09-2729 MMC <br><br> **STIPULATION TO REQUEST EXTENSION OF MEDIATION DEADLINE** <br><br> **AND** <br><br> ~~[PROPOSED]~~ **ORDER** |
| HAIER AMERICA TRADING, L.L.C., <br><br> Counterclaimant, <br><br> v. <br><br> TECHNOLOGY LICENSING COMPANY, INC., <br><br> Counter-defendant. | [Complaint Filed: June 19, 2009] <br><br> Assigned to the Honorable <br> Maxine M. Chesney <br><br> United States District Judge <br> Courtroom No. 7 <br> 19th Floor, Federal Building <br> 450 Golden Gate Avenue <br> San Francisco, California 94102 |

| | |
|---|---|
| 1 | Plaintiff and Counter-Defendant Technology Licensing Company Inc. ("TLC") and |
| 2 | Defendant and Counter-Claimant Haier America Trading, LLC ("HAT") hereby stipulate to |
| 3 | request that the deadline for the parties to hold their mediation session, currently set on |
| 4 | December 18th, 2009 (*i.e.*, 45 days from the Court's signing of the ADR Selection Order dated |
| 5 | November 3rd, 2009), be extended to January 29th, 2009.  This Request is based on the |
| 6 | telephonic notification from the Court's mediation administration clerk to the counsel that the |
| 7 | clerk could not arrange a mediation session to be conducted before December 18th, 2009 due to |
| 8 | the heavy ADR caseload and the cramped holiday season schedules of the available mediators. |
| 9 | The clerk suggested mid-January 2010 as a possible time period for holding a mediation session. |
| 10 | Currently this Court has continued the Case Management Conference to February 3rd, 2010 and |
| 11 | set January 29th, 2010 as the deadline for the parties to file their joint Case Management |
| 12 | Statement.  This Request does not change any of these dates. |
| 13 | **IT IS SO STIPULATED.** |

DATED:  November 16, 2009

                TECHNOLOGY LICENSING COMPANY INC.

By     /s/ John W. Carpenter (with permission)
                JOHN W. CARPENTER
                john@jwcarpenterlaw.com

             Attorneys for Plaintiff and Counter-Defendant
             TECHNOLOGY LICENSING COMPANY INC.

DATED:  November 16, 2009

             CAYWIN LAW GROUP

By           /s/ Tony D. Chen
                   TONY D. CHEN
                 tchen@caywinlaw.com

             Attorneys for Defendant and Counterclaimant
              HAIER AMERICA TRADING, L.L.C.

1 **[PROPOSED] ORDER**

3 The deadline for the parties to hold their mediation session, currently set on Friday,
4 December 18th, 2009, is hereby continued to Friday, January 29th, 2010.

6 **IT IS SO ORDERED.**

9 DATED: November 17, 2009

12 By _____
13 MAXINE M. CHESNEY
United States District Judge