1  John W. Carpenter, Cal. Bar. No. 221708
   TECHNOLOGY LICENSING COMPANY INC.
2  33½ Los Pinos
   Nicasio, CA  94946
3  Telephone:  504.304.3988
   Facsimile:    866.410.6248
4  E-Mail:  john@jwcarpenterlaw.com

5  *Attorneys for Plaintiff and Counter-Defendant*
   TECHNOLOGY LICENSING COMPANY INC.
6
   Tony D. Chen, Cal. Bar No. 176635
7  CAYWIN LAW GROUP
   1901 Avenue of the Stars, Suite 200
8  Los Angeles, California 90067
   Telephone:  310.871.2598
9  Facsimile:    310.871.2599
   Email:  tchen@caywinlaw.com
10
   *Attorneys for Defendant and Counterclaimant*
11 HAIER AMERICA TRADING, L.L.C.

12

13                    UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

| 16 | TECHNOLOGY LICENSING COMPANY INC., | Case No. CV09-2729 MMC |
|---|---|---|
| 17 | | **STIPULATION TO REQUEST EXTENSION OF MEDIATION DEADLINE** |
| 18 | Plaintiff, | |
| 19 | v. | **AND** |
| 20 | HAIER AMERICA TRADING, L.L.C., | **[PROPOSED] ORDER** |
| 21 | Defendants. | |
| 22 | HAIER AMERICA TRADING, L.L.C., | [Complaint Filed:  June 19, 2009] |
| 23 | Counterclaimant, | Assigned to the Honorable Maxine M. Chesney |
| 24 | v. | United States District Judge |
| 25 | TECHNOLOGY LICENSING COMPANY, INC., | Courtroom No. 7 19th Floor, Federal Building |
| 26 | | 450 Golden Gate Avenue |
| 27 | Counter-defendant. | San Francisco, California 94102 |

28

1       Plaintiff and Counter-Defendant Technology Licensing Company Inc. ("TLC") and
2 Defendant and Counter-Claimant Haier America Trading, LLC ("HAT") hereby stipulate to
3 request that the deadline for the parties to hold their mediation session, currently set on
4 December 18th, 2009 (*i.e.*, 45 days from the Court's signing of the ADR Selection Order dated
5 November 3rd, 2009), be extended to January 29th, 2009.  This Request is based on the
6 telephonic notification from the Court's mediation administration clerk to the counsel that the
7 clerk could not arrange a mediation session to be conducted before December 18th, 2009 due to
8 the heavy ADR caseload and the cramped holiday season schedules of the available mediators.
9 The clerk suggested mid-January 2010 as a possible time period for holding a mediation session.
10 Currently this Court has continued the Case Management Conference to February 3rd, 2010 and
11 set January 29th, 2010 as the deadline for the parties to file their joint Case Management
12 Statement.  This Request does not change any of these dates.

13       **IT IS SO STIPULATED.**

15 DATED:  November 16, 2009

                              TECHNOLOGY LICENSING COMPANY INC.

                              By     /s/ John W. Carpenter (with permission)
                                      JOHN W. CARPENTER
                                      john@jwcarpenterlaw.com

                              Attorneys for Plaintiff and Counter-Defendant
                              TECHNOLOGY LICENSING COMPANY INC.

22 DATED:  November 16, 2009

                              CAYWIN LAW GROUP

                              By          /s/ Tony D. Chen
                                        TONY D. CHEN
                                      tchen@caywinlaw.com

                              Attorneys for Defendant and Counterclaimant
                              HAIER AMERICA TRADING, L.L.C.

1  **[PROPOSED] ORDER**

2

3  The deadline for the parties to hold their mediation session, currently set on Friday,

4  December 18th, 2009, is hereby continued to Friday, January 29th, 2010.

5

6  **IT IS SO ORDERED.**

7

8

9  DATED:  November  17 , 2009

10

11

12                                    By   *Maxine M. Chesney*

                                              MAXINE M. CHESNEY
13                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28