1  John W. Carpenter, Cal. Bar. No. 221708
   TECHNOLOGY LICENSING COMPANY INC.
2  33½ Los Pinos
   Nicasio, CA  94946
3  Telephone: 504.304.3988
   Facsimile:  866.410.6248
4  E-Mail:  john@jwcarpenterlaw.com

5  *Attorneys for Plaintiff and Counter-Defendant*
   TECHNOLOGY LICENSING COMPANY INC.
6
   Tony D. Chen, Cal. Bar No. 176635
7  CAYWIN LAW GROUP
   1901 Avenue of the Stars, Suite 200
8  Los Angeles, California 90067
   Telephone: 310.871.2598
9  Facsimile:  310.871.2599
   Email:  tchen@caywinlaw.com
10
   *Attorneys for Defendant and Counterclaimant*
11 HAIER AMERICA TRADING, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAIER AMERICA TRADING, L.L.C.,<br><br>Defendants. | Case No. CV09-2729 MMC<br><br>**STIPULATION TO REQUEST CONTINUATION OF CASE MANAGEMENT CONFERENCE**<br><br>**AND**<br><br>~~[PROPOSED]~~ **ORDER** |
| HAIER AMERICA TRADING, L.L.C.,<br><br>Counterclaimant,<br><br>v.<br><br>TECHNOLOGY LICENSING COMPANY, INC.,<br><br>Counter-defendant. | [Complaint Filed: June 19, 2009]<br><br>Assigned to the Honorable<br>Maxine M. Chesney<br><br>United States District Judge<br>Courtroom No. 7<br>19th Floor, Federal Building<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |

Plaintiff and Counter-Defendant Technology Licensing Company Inc. ("TLC") and Defendant and Counter-Claimant Haier America Trading, L.L.C. ("HAT") hereby stipulate to request a continuation of the Case Management Conference, which is currently scheduled on Friday, February 5th, 2010 at 10:30 a.m., for fourteen (14) days to Friday, February 19th, 2010 at 10:30 a.m. Both parties and their counsel have approved a settlement agreement, which is being finalized and presented to the parties for their respective signatures. This continuation will save significant legal fees and costs for both parties. It is expected that after the settlement is completed, this entire action will be dismissed with prejudice before February 19th, 2010.

**IT IS SO STIPULATED.**

DATED: February 3rd, 2010

TECHNOLOGY LICENSING COMPANY INC.

By    /s/ John W. Carpenter (with permission)
JOHN W. CARPENTER
john@jwcarpenterlaw.com

Attorneys for Plaintiff and Counter-Defendant
TECHNOLOGY LICENSING COMPANY INC.

DATED: February 3rd, 2010

CAYWIN LAW GROUP

By    /s/ Tony D. Chen
TONY D. CHEN
tchen@caywinlaw.com

Attorneys for Defendant and Counterclaimant
HAIER AMERICA TRADING, L.L.C.

# [~~PROPOSED~~] ORDER

The Case Management Conference currently scheduled for Friday, February 5th, 2010 at 10:30 a.m. is hereby continued to Friday, February 19th, 2010 at 10:30 a.m.

Further, the parties shall file a Joint Case Management Statement no later than February 12, 2010.

**IT IS SO ORDERED.**

DATED: February  4 , 2010

By _____
MAXINE M. CHESNEY
United States District Judge