1  John W. Carpenter, Cal. Bar. No. 221708
   TECHNOLOGY LICENSING COMPANY INC.
2  33½ Los Pinos
   Nicasio, CA  94946
3  Telephone:  504.304.3988
   Facsimile:   866.410.6248
4  E-Mail:  john@jwcarpenterlaw.com

5  *Attorneys for Plaintiff and Counter-Defendant*
   TECHNOLOGY LICENSING COMPANY INC.
6
   Tony D. Chen, Cal. Bar No. 176635
7  CAYWIN LAW GROUP
   1901 Avenue of the Stars, Suite 200
8  Los Angeles, California 90067
   Telephone:  310.871.2598
9  Facsimile:   310.871.2599
   Email:  tchen@caywinlaw.com
10
   *Attorneys for Defendant and Counterclaimant*
11 HAIER AMERICA TRADING, L.L.C.

12

13                  UNITED STATES DISTRICT COURT

14       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  TECHNOLOGY LICENSING COMPANY INC., | Case No. CV09-2729 MMC |
| 17 | **STIPULATION TO REQUEST CONTINUATION OF CASE MANAGEMENT CONFERENCE** |
|                Plaintiff, | |
| 18 | |
| 19       v. | **AND** |
| 20  HAIER AMERICA TRADING, L.L.C., | ~~[PROPOSED]~~ **ORDER** |
|                Defendants. | |
| 21 | |
| 22  HAIER AMERICA TRADING, L.L.C., | [Complaint Filed:  June 19, 2009] |
| 23             Counterclaimant, | Assigned to the Honorable Maxine M. Chesney |
| 24       v. | |
| 25  TECHNOLOGY LICENSING COMPANY, INC., | United States District Judge Courtroom No. 7 19th Floor, Federal Building 450 Golden Gate Avenue San Francisco, California 94102 |
| 26 | |
|             Counter-defendant. | |
| 27 | |

28

1   Plaintiff and Counter-Defendant Technology Licensing Company Inc. ("TLC") and
2  Defendant and Counter-Claimant Haier America Trading, L.L.C. ("HAT") hereby stipulate to
3  request a continuation of the Case Management Conference, which is currently scheduled on
4  Friday, February 5th, 2010 at 10:30 a.m., for fourteen (14) days to Friday, February 19th, 2010 at
5  10:30 a.m.  Both parties and their counsel have approved a settlement agreement, which is
6  being finalized and presented to the parties for their respective signatures.  This continuation
7  will save significant legal fees and costs for both parties.  It is expected that after the settlement
8  is completed, this entire action will be dismissed with prejudice before February 19th, 2010.

10  **IT IS SO STIPULATED.**

12  DATED:  February 3rd, 2010

                                TECHNOLOGY LICENSING COMPANY INC.

15                              By     /s/ John W. Carpenter (with permission)
16                                           JOHN W. CARPENTER
                                             john@jwcarpenterlaw.com

17                                    Attorneys for Plaintiff and Counter-Defendant
18                                    TECHNOLOGY LICENSING COMPANY INC.

19  DATED:  February 3rd, 2010

20                              CAYWIN LAW GROUP

22                              By            /s/ Tony D. Chen
23                                              TONY D. CHEN
                                              tchen@caywinlaw.com

24                                    Attorneys for Defendant and Counterclaimant
25                                    HAIER AMERICA TRADING, L.L.C.

**[PROPOSED] ORDER**

The Case Management Conference currently scheduled for Friday, February 5th, 2010 at 10:30 a.m. is hereby continued to Friday, February 19th, 2010 at 10:30 a.m.

Further, the parties shall file a Joint Case Management Statement no later than February 12, 2010.

**IT IS SO ORDERED.**

DATED: February 4, 2010

By _____
MAXINE M. CHESNEY
United States District Judge