JOHN W. CARPENTER (Cal. Bar No. 221708)
john@jwcarpenterlaw.com
Technology Licensing Company Inc.
33 1/2 Los Pinos
Nicasio, CA 94946
Telephone: (415) 577-0698
Facsimile: 1-866-410-6248

Attorney for Plaintiff and Counterclaim Def.
Technology Licensing Company, Inc.

TONY D. CHEN (Cal. Bar No. 176635)
tchen@caywinlaw.com
Caywin Law Group
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone: (310) 871-2598
Facsimile: (310) 871-2599

Attorneys For Defendant And Counterclaimant
Haier America Trading, L.L.C.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Technology Licensing Company, Inc.,**<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>**Haier America Trading L.L.C**<br><br>Defendant and Counterclaimant | Case No. CV-09-2729 MMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

Pursuant to a Confidential Settlement Agreement and Release, it is hereby stipulated by and between Plaintiff Technology Licensing Company, Inc. and Defendant Haier America Trading, through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: Feb 4, 2010

By: _____
JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños.
Nicasio, CA 94946
Phone: (415) 577-0698
Facsimile: (415) 276-9857
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant Technology Licensing Company*

Dated: Feb. 9, 2010

By: _____
TONY D. CHEN (Cal. Bar No. 176635)
tchen@caywinlaw.com
Caywin Law Group
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone: (310) 871-2598
Facsimile: (310) 871-2599

*Attorneys for Defendant and Counterclaimant Haier America Trading L.L.C.*

STIPULATION OF DISMISSAL: CASE NO. CV 09-2729 MMC

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated __February 10__, 2010

_____
Hon. Maxine M. Chesney
United States District Judge